Case 1:25-cv-03087-JAG    ECF No. 16    filed 01/12/26    PageID.1359    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLORIA A.,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | No. 1:25-CV-03087-JAG<br><br>ORDER GRANTING STIPULATED REMAND |

Before the court is the parties' Stipulated Motion to Remand. ECF No. 15. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties Stipulated Motion to Remand, **ECF No. 15**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    a) Further evaluate the prior administrative medical findings;

    b) Reevaluate the claimant's residual functional capacity;

ORDER GRANTING STIPULATED REMAND - 1

    c)    Obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base

    d)    Ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy;

    e)    Offer the claimant an opportunity for a hearing;

    f)    Take any further action needed to complete the administrative record; and

    g)    Issue a new decision.

3.    All other pending motions are **DENIED AS MOOT**.

4.    Judgment shall be entered for **Plaintiff**.

5.    Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED January 12, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2